

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

March 25, 2023

**BY EMAIL**
The Honorable Judith C. McCarthy
United States Magistrate Court Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    ***United States v. Christopher Craft*, 23 Mag. 1591**

Dear Judge McCarthy:

      The Government writes respectfully to request that the Court unseal the Complaint, 23 Mag. 1591, and related arrest warrant in the above-referenced case, as the defendant has been arrested.

                                Respectfully submitted,

                                DAMIAN WILLIAMS
                                United States Attorney

                By:   /s/
                        Ryan W. Allison
                        Assistant United States Attorney
                        Southern District of New York
                        (914) 993-1953

cc:    Counsel of Record (by Email)

**APPLICATION GRANTED**

*Judith C. McCarthy*
**Hon. Judith C. McCarthy**   *3-25-2023*